AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| BERNSTEIN, STUART M. | U.S. Bankruptcy Court | 05/07/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Bankruptcy Judge | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final | 01/01/2018<br>**to**<br>12/31/2018 |
| | 5b. ☐ Amended Report | |

**7. Chambers or Office Address**

United States Bankruptcy Court
One Bowling Green
New York, New York 10004

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director | Fordham Law Alumni Association |
| 2. Trustee | Trust # 1 |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| **BERNSTEIN, STUART M.** | 05/07/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2018 | Defined Benefit Plan |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bankruptcy Institute | 9/20-21/2018 | Washington, D.C. | Participation in Views from the Bench | Travel, hotel, dinner |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **BERNSTEIN, STUART M.** | 05/07/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **BERNSTEIN, STUART M.** | 05/07/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. 401K Plan | | | | | | | | | |
| 2. -- Vanguard Prime Money Market Instl (401k) | C | Dividend | N | T | | | | | |
| 3. -- T. Rowe Price Personal Strat Balanced (401k) | D | Dividend | N | T | | | | | |
| 4. JP Morgan Chase Bank Accounts | A | Interest | N | T | | | | | |
| 5. Citibank Accounts | B | Interest | P1 | T | | | | | |
| 6. Citibank Account | A | Interest | N | T | | | | | |
| 7. Citibank Account | A | Interest | M | T | | | | | |
| 8. Keogh (Target) Plan--Plan I | E | Int./Div. | O | T | Distributed (part) | 12/31/18 | K | | |
| 9. Phoenix Life Insurance (Whole Life) | B | Dividend | K | T | | | | | |
| 10. Capital "A" Account | D | Interest | N | T | Distributed (part) | 02/01/18 | M | | |
| 11. Schwab US Treasury Money Fund (2588) | C | Interest | | | Sold | 08/08/18 | M | | |
| 12. American Century Equity Income Fund (2588) | B | Dividend | | | Sold (part) | 02/08/18 | M | | |
| 13. | | | | | Sold | 07/05/18 | M | | |
| 14. Permanent Portfolio (2588) | D | Dividend | | | Sold (part) | 06/27/18 | M | E | |
| 15. | | | | | Sold | 08/07/18 | M | D | |
| 16. Vanguard Div Appreciation (2588) | | None | | | Sold (part) | 02/06/18 | M | E | |
| 17. | | | | | Sold | 02/08/18 | M | E | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BERNSTEIN, STUART M. | 05/07/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. Black Rock High Yield Bond (2588) | D | Dividend | | | Buy<br>(add'l) | 08/08/18 | M | | |
| 19. | | | | | Sold<br>(part) | 11/16/18 | M | D | |
| 20. | | | | | Sold | 12/20/18 | N | | |
| 21. Jensen Quality Growth (2588) | C | Dividend | M | T | Buy<br>(add'l) | 07/10/18 | M | | |
| 22. | | | | | Buy<br>(add'l) | 09/21/18 | M | | |
| 23. | | | | | Sold<br>(part) | 02/09/18 | M | D | |
| 24. | | | | | Sold<br>(part) | 10/11/18 | M | E | |
| 25. | | | | | Sold<br>(part) | 12/21/18 | M | | |
| 26. T. Rowe Price Capital Appreciation (2588) | D | Dividend | N | T | Buy<br>(add'l) | 07/09/18 | M | | |
| 27. | | | | | Sold<br>(part) | 10/11/18 | M | E | |
| 28. SPDR S&P 500 Index (2588) | B | Dividend | | | Buy<br>(add'l) | 09/27/18 | M | | |
| 29. | | | | | Sold<br>(part) | 02/06/18 | M | D | |
| 30. | | | | | Sold | 11/13/18 | M | | |
| 31. American Funds EuroPacific Growth-A<br>(2588) | A | Dividend | | | Sold<br>(part) | 02/05/18 | M | E | |
| 32. | | | | | Sold<br>(part) | 06/18/18 | M | D | |
| 33. | | | | | Sold | 06/26/18 | M | | |
| 34. Invesco Int'l Growth Fund C1 Y (2588) | | None | | | Sold | 02/08/18 | M | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BERNSTEIN, STUART M. | 05/07/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B (1) Amount Code 1 (A-H) | B (2) Type (e g , div , rent, or int ) | C (1) Value Code 2 (J-P) | C (2) Value Method Code 3 (Q-W) | D (1) Type (e g , buy, sell, redemption) | D (2) Date mm/dd/yy | D (3) Value Code 2 (J-P) | D (4) Gain Code 1 (A-H) | D (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. Nuveen High Yield Muni Bond Fund C1 A (2588) | D | Dividend | | | Sold (part) | 09/21/18 | M | C | |
| 36. | | | | | Sold | 09/27/18 | M | B | |
| 37. Rydex Inverse S&P 500 Strategy Fund (2588) | | None | N | T | Buy | 10/11/18 | M | | |
| 38. | | | | | Buy (add'l) | 10/23/18 | M | | |
| 39. Schwab Value Advantage (2588) | C | Dividend | P1 | T | Buy | 07/26/18 | M | | |
| 40. | | | | | Buy (add'l) | 11/09/18 | O | | |
| 41. | | | | | Buy (add'l) | 12/07/18 | O | | |
| 42. | | | | | Buy (add'l) | 12/26/18 | N | | |
| 43. | | | | | Sold (part) | 08/29/18 | L | | |
| 44. Money Market Sweep (2588) | D | Int./Div. | O | T | | | | | |
| 45. Blackrock Floating Rate Income (2588) | D | Dividend | | | Buy | 02/22/18 | M | | |
| 46. | | | | | Sold | 12/14/18 | M | | |
| 47. SPDR DJIA (2588) | A | Dividend | | | Buy | 10/04/18 | M | | |
| 48. | | | | | Sold | 10/29/18 | M | | |
| 49. SPDR S&P 500 Growth (2588) | A | Dividend | | | Buy | 02/15/18 | M | | |
| 50. | | | | | Buy (add'l) | 02/27/18 | M | | |
| 51. | | | | | Sold (part) | 03/23/18 | M | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BERNSTEIN, STUART M. | 05/07/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold | 04/03/18 | M | | |
| 53. Edgewood Growth (2588) | | None | | | Buy | 08/29/18 | M | | |
| 54. | | | | | Sold | 10/11/18 | M | | |
| 55. iShares MSCI USA Min. Volatility (2588) | A | Dividend | | | Buy | 09/17/18 | M | | |
| 56. | | | | | Sold | 12/06/18 | M | | |
| 57. Hartford Core Equity Y (2588) | | None | | | Buy | 08/07/18 | M | | |
| 58. | | | | | Sold | 10/26/18 | M | | |
| 59. Fidelity Puritan (2588) | C | Dividend | | | Buy | 04/19/18 | M | | |
| 60. | | | | | Buy (add'l) | 07/05/18 | M | | |
| 61. | | | | | Sold | 11/20/18 | N | | |
| 62. Vanguard Growth ETF (2588) | B | Dividend | | | Buy | 06/08/18 | M | | |
| 63. | | | | | Buy (add'l) | 06/27/18 | M | | |
| 64. | | | | | Sold (part) | 10/17/18 | M | A | |
| 65. | | | | | Sold | 10/23/18 | M | | |
| 66. Schwab US Small Cap (2588) | B | Dividend | | | Buy | 05/21/18 | M | | |
| 67. | | | | | Buy (add'l) | 06/06/18 | M | | |
| 68. | | | | | Sold (part) | 09/07/18 | M | D | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BERNSTEIN, STUART M. | 05/07/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. | | | | | Sold | 10/02/18 | M | | |
| 70. T. Rowe Price Capital Appreciation (5289) | D | Dividend | N | T | Sold (part) | 01/29/18 | M | E | |
| 71. | | | | | Buy (add'l) | 08/28/18 | M | | |
| 72. Jensen Quality Growth (5289) | C | Dividend | N | T | Buy | 01/29/18 | M | | |
| 73. | | | | | Buy (add'l) | 04/17/18 | M | | |
| 74. Rydex Reverse S&P 500 2X Stretegy Cl H )5289) | | None | M | T | Buy | 12/18/18 | M | | |
| 75. Fidelity Puritan (5289) | C | Dividend | | | Buy (add'l) | 06/22/18 | M | | |
| 76. | | | | | Sold (part) | 02/09/18 | M | E | |
| 77. | | | | | Sold | 12/06/18 | N | | |
| 78. SPDR Trust S&P 500 Index (5289) | B | Dividend | | | Buy (add'l) | 08/03/18 | M | | |
| 79. | | | | | Buy (add'l) | 09/24/18 | M | | |
| 80. | | | | | Sold (part) | 02/08/18 | M | E | |
| 81. | | | | | Sold (part) | 02/09/18 | M | | |
| 82. | | | | | Sold (part) | 11/13/18 | M | | |
| 83. | | | | | Sold | 11/20/18 | M | | |
| 84. Rydex Series Trust S&P 500 Fund Class H (5289) | | None | | | Sold | 02/06/18 | M | E | |
| 85. SPDR Dow Jones Industrial Average ETF (5289) | C | Dividend | | | Buy (add'l) | 07/31/18 | M | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **BERNSTEIN, STUART M.** | 05/07/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy (add'l) | 09/12/18 | M | | |
| 87. | | | | | Sold (part) | 10/11/18 | M | | |
| 88. | | | | | Sold (part) | 10/19/18 | M | A | |
| 89. | | | | | Sold | 12/18/18 | M | C | |
| 90. iShares Russell 1000 Growth (5289) | B | Dividend | | | Sold (part) | 04/04/18 | M | C | |
| 91. | | | | | Buy (add'l) | 05/11/18 | M | | |
| 92. | | | | | Sold (part) | 10/12/18 | M | D | |
| 93. | | | | | Sold | 10/25/18 | M | | |
| 94. Rydex Internet Fund (5289) | | None | | | Buy (add'l) | 02/14/18 | M | | |
| 95. | | | | | Buy (add'l) | 06/04/18 | M | | |
| 96. | | | | | Sold (part) | 04/02/18 | M | D | |
| 97. | | | | | Sold (part) | 07/31/18 | M | D | |
| 98. | | | | | Sold | 10/08/18 | M | | |
| 99. VanEck Vectors Semiconductor (5289) | | None | | | Sold | 02/06/18 | M | | |
| 100. Vanguard Financials Index Fund ETF (5289) | A | Dividend | | | Buy (add'l) | 03/09/18 | M | | |
| 101. | | | | | Sold (part) | 01/09/18 | M | C | |
| 102. | | | | | Sold (part) | 04/03/18 | M | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BERNSTEIN, STUART M. | 05/07/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103. | | | | | Sold | 05/03/18 | M | | |
| 104. iShares DJ US IDX Transportation (5289) | | None | | | Sold (part) | 01/26/18 | M | D | |
| 105. | | | | | Sold | 02/05/18 | M | C | |
| 106. John Hancock Funds International Growth (5289) | | None | | | Sold (part) | 02/05/18 | M | E | |
| 107. | | | | | Sold (part) | 06/21/18 | M | E | |
| 108. | | | | | Sold | 06/28/18 | M | D | |
| 109. Powershares Qqq Trust (5289) | A | Dividend | | | Buy | 01/09/18 | M | | |
| 110. | | | | | Buy (add'l) | 02/26/18 | M | | |
| 111. | | | | | Sold (part) | 03/23/18 | M | | |
| 112. | | | | | Sold | 03/28/18 | M | | |
| 113. Wisdom Tree Emerging Markets (5289) | | None | | | Buy | 01/26/18 | M | | |
| 114. | | | | | Sold | 05/17/18 | M | | |
| 115. Credit Suisse Commodity Strategy (5289) | A | Dividend | | | Buy | 03/23/18 | M | | |
| 116. | | | | | Buy (add'l) | 04/20/18 | M | | |
| 117. | | | | | Sold (part) | 06/19/18 | M | | |
| 118. | | | | | Sold | 07/16/18 | M | | |
| 119. iShares Russell 2000 (5289) | B | Dividend | | | Buy | 04/11/18 | M | | |

1 Income Gain Codes:      A =$1,000 or less      B =$1,001 - $2,500      C =$2,501 - $5,000      D =$5,001 - $15,000      E =$15,001 - $50,000
(See Columns B1 and D4)      F =$50,001 - $100,000      G =$100,001 - $1,000,000      H1 =$1,000,001 - $5,000,000      H2 =More than $5,000,000
2 Value Codes      J =$15,000 or less      K =$15,001 - $50,000      L =$50,001 - $100,000      M =$100,001 - $250,000
(See Columns C1 and D3)      N =$250,001 - $500,000      O =$500,001 - $1,000,000      P1 =$1,000,001 - $5,000,000      P2 =$5,000,001 - $25,000,000
     P3 =$25,000,001 - $50,000,000      P4 =More than $50,000,000
3 Value Method Codes      Q =Appraisal      R =Cost (Real Estate Only)      S =Assessment      T =Cash Market
(See Column C2)      U =Book Value      V =Other      W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| **BERNSTEIN, STUART M.** | 05/07/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Buy (add'l) | 04/16/18 | M | | |
| 121. | | | | | Buy (add'l) | 05/17/18 | M | | |
| 122. | | | | | Sold (part) | 08/03/18 | M | D | |
| 123. | | | | | Sold (part) | 09/11/18 | M | D | |
| 124. | | | | | Sold | 10/03/18 | M | C | |
| 125. Schwab Value Advantage (5289) | C | Dividend | P1 | T | Buy | 07/25/18 | N | | |
| 126. | | | | | Buy (add'l) | 11/01/18 | O | | |
| 127. | | | | | Buy (add'l) | 12/07/18 | N | | |
| 128. | | | | | Buy (add'l) | 12/26/18 | M | | |
| 129. | | | | | Sold (part) | 09/13/18 | M | | |
| 130. | | | | | Sold (part) | 09/24/18 | M | | |
| 131. SPDR Gold Shares (5289) | | None | M | T | Buy | 12/13/18 | M | | |
| 132. Schwab US Large-Cap (5289) | A | Dividend | | | Buy | 12/03/18 | M | | |
| 133. | | | | | Sold | 12/17/18 | M | | |
| 134. Proshares Short S&P 500 (5289) | | None | | | Buy | 10/26/18 | M | | |
| 135. | | | | | Sold | 12/03/18 | M | | |
| 136. Proshares Short QQQ (5289) | | None | | | Buy | 10/11/18 | M | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| BERNSTEIN, STUART M. | 05/07/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137. | | | | | Sold | 11/28/18 | M | B | |
| 138. iShares S&P 100 (5289) | | None | | | Buy | 10/09/18 | M | | |
| 139. | | | | | Sold | 10/30/18 | M | | |
| 140. SPDR S&P Telecom (5289) | | None | | | Buy | 09/13/18 | M | | |
| 141. | | | | | Sold | 10/11/18 | M | | |
| 142. Rydex Health Care (5289) | | None | | | Buy | 06/20/18 | M | | |
| 143. | | | | | Buy<br>(add'l) | 07/16/18 | M | | |
| 144. | | | | | Sold<br>(part) | 12/14/18 | M | | |
| 145. | | | | | Sold | 12/17/18 | M | | |
| 146. Fidelity Contrafund Fund (5289) | | None | | | Buy | 06/11/18 | M | | |
| 147. | | | | | Sold | 10/18/18 | M | | |
| 148. Money Market Sweep (5289) | A | Int./Div. | O | T | | | | | |
| 149. Schwab Government Money (5289) | C | Dividend | | | Sold | 08/08/18 | M | | |
| 150. American Century Equity Income Fund (IRA-1410) | | None | | | Sold<br>(part) | 02/05/18 | K | | |
| 151. | | | | | Sold | 02/06/18 | K | | |
| 152. Schwab Value Advantage (IRA-1410) | A | Dividend | M | T | Buy | 07/24/18 | K | | |
| 153. | | | | | Buy<br>(add'l) | 11/09/18 | L | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BERNSTEIN, STUART M. | 05/07/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Buy (add'l) | 12/26/18 | L | | |
| 155. | | | | | Sold (part) | 08/29/18 | J | | |
| 156. SPDR DJIA (IRA-1410) | A | Dividend | | | Buy | 10/04/18 | K | | |
| 157. | | | | | Sold | 10/29/18 | K | | |
| 158. Schwab U.S. Treasury Money Funds (IRA-1410) | A | Interest | | | Sold | 08/08/18 | J | | |
| 159. Money Market Sweep (IRA-1410) | A | Int./Div. | L | T | | | | | |
| 160. PIMCO Foreign Bond (Hedged)-D (IRA-1410) | A | Dividend | | | Sold (part) | 09/20/18 | J | A | |
| 161. | | | | | Sold | 09/26/18 | K | B | |
| 162. Fidelity Puritan (IRA-1410) | A | Dividend | | | Buy (add'l) | 07/06/18 | J | | |
| 163. | | | | | Sold | 11/20/18 | K | A | |
| 164. MFS Value Fund A (IRA-1410) | | None | | | Sold (part) | 02/07/18 | K | B | |
| 165. | | | | | Sold | 03/15/18 | K | B | |
| 166. Eaton Vance Income Fund of Boston (IRA-1410) | B | Dividend | | | Buy (add'l) | 08/07/18 | K | | |
| 167. | | | | | Sold (part) | 11/16/18 | K | | |
| 168. | | | | | Sold | 12/20/18 | K | | |
| 169. Jensen Quality Growth (IRA-1410) | A | Dividend | K | T | Buy (add'l) | 07/09/18 | K | | |
| 170. | | | | | Sold (part) | 02/08/18 | K | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BERNSTEIN, STUART M. | 05/07/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 171. | | | | | Sold<br>(part) | 12/21/18 | J | | |
| 172. Columbia Balanced-Class A (IRA-1410) | | None | | | Sold | 02/09/18 | K | A | |
| 173. Permanent Portfolio (IRA-1410) | | None | | | Sold<br>(part) | 07/27/18 | K | B | |
| 174. | | | | | Sold | 08/06/18 | K | A | |
| 175. American Funds EuroPacific Growth-A<br>(IRA-1410) | | None | | | Sold<br>(part) | 02/08/18 | K | B | |
| 176. | | | | | Sold<br>(part) | 06/18/18 | K | A | |
| 177. | | | | | Sold | 06/26/18 | K | | |
| 178. Rydex Inverse S&P 500 Strategy Fund<br>(IRA-1410) | | None | K | T | Buy | 10/11/18 | K | | |
| 179. | | | | | Buy<br>(add'l) | 10/23/18 | K | | |
| 180. T. Rowe Price Capital Appreciation<br>(IRA-1410) | A | Dividend | K | T | Buy<br>(add'l) | 03/15/18 | K | | |
| 181. | | | | | Buy<br>(add'l) | 04/19/18 | K | | |
| 182. | | | | | Buy<br>(add'l) | 07/10/18 | K | | |
| 183. | | | | | Sold<br>(part) | 10/11/18 | K | A | |
| 184. Value Line Asset Allocation Investor<br>(IRA-1410) | | None | | | Buy | 09/26/18 | K | | |
| 185. | | | | | Sold | 11/13/18 | K | | |
| 186. Edgewood Growth Retail (IRA-1410) | | None | | | Buy | 08/29/18 | K | | |
| 187. | | | | | Sold | 10/17/18 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| BERNSTEIN, STUART M. | 05/07/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Hartford Core Equity A | | None | | | Buy | 08/06/18 | K | | |
| 189. | | | | | Buy (add'l) | 09/20/18 | J | | |
| 190. | | | | | Sold (part) | 10/11/18 | J | | |
| 191. | | | | | Sold | 10/26/18 | K | | |
| 192. iShares MSCI USA Minimum Volatility (IRA-1410) | A | Dividend | | | Buy | 09/17/18 | K | | |
| 193. | | | | | Sold | 12/06/18 | J | | |
| 194. iShares Russell 1000 Growth (IRA-1410) | A | Dividend | | | Buy | 02/15/18 | K | | |
| 195. | | | | | Buy (add'l) | 02/27/18 | K | | |
| 196. | | | | | Buy (add'l) | 06/08/18 | K | | |
| 197. | | | | | Buy (add'l) | 07/02/18 | K | | |
| 198. | | | | | Sold (part) | 03/23/18 | J | | |
| 199. | | | | | Sold (part) | 04/03/18 | K | | |
| 200. | | | | | Sold (part) | 10/12/18 | K | | |
| 201. | | | | | Sold | 10/23/18 | K | A | |
| 202. iShares Russell 2000 (IRA-1410) | A | Dividend | | | Buy | 05/21/18 | K | | |
| 203. | | | | | Buy (add'l) | 06/06/18 | K | | |
| 204. | | | | | Sold (part) | 09/07/18 | K | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| BERNSTEIN, STUART M. | 05/07/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | Sold | 10/02/18 | K | | |
| 206. Hartford Floating Rate (IRA-1410) | A | Dividend | | | Buy | 02/02/18 | K | | |
| 207. | | | | | Sold | 12/14/18 | K | | |
| 208. T. Rowe Price Capital Appreciation (IRA-5055) | A | Dividend | K | T | Buy (add'l) | 03/15/18 | K | | |
| 209. | | | | | Buy (add'l) | 04/19/18 | K | | |
| 210. | | | | | Buy (add'l) | 07/10/18 | K | | |
| 211. Schwab Government Money Fund (IRA-5055) | A | Interest | | | Sold | 08/08/18 | J | | |
| 212. Fidelity Puritan (IRA-5055) | A | Dividend | | | Buy (add'l) | 06/22/18 | K | | |
| 213. | | | | | Sold (part) | 02/09/18 | K | B | |
| 214. | | | | | Sold | 12/17/18 | K | | |
| 215. Guggenheim S&P 500 Equal Wgt Technology (IRA-5055) | A | Dividend | | | Buy (add'l) | 05/18/18 | K | | |
| 216. | | | | | Buy (add'l) | 07/31/18 | K | | |
| 217. | | | | | Buy (add'l) | 09/12/18 | K | | |
| 218. | | | | | Sold (part) | 02/08/18 | K | C | |
| 219. | | | | | Sold (part) | 02/09/18 | K | | |
| 220. | | | | | Sold (part) | 10/11/18 | K | | |
| 221. | | | | | Sold (part) | 10/16/18 | K | | |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **BERNSTEIN, STUART M.** | 05/07/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. | | | | | Sold | 10/24/18 | K | | |
| 223. Rydex NASDAQ-100 Fund (IRA-5055) | | None | | | Buy (add'l) | 01/09/18 | K | | |
| 224. | | | | | Buy (add'l) | 02/26/18 | K | | |
| 225. | | | | | Sold (part) | 03/23/18 | K | A | |
| 226. | | | | | Sold (part) | 03/28/18 | K | | |
| 227. | | | | | Sold | 04/02/18 | K | | |
| 228. SPDR S&P 500 Index (IRA-5055) | A | Dividend | | | Buy (add'l) | 08/03/18 | K | | |
| 229. | | | | | Buy (add'l) | 09/24/18 | K | | |
| 230. | | | | | Sold (part) | 02/06/18 | K | | |
| 231. | | | | | Sold (part) | 11/13/18 | K | | |
| 232. | | | | | Sold | 11/20/18 | K | | |
| 233. iShares Russell 1000 Growth (IRA-5055) | A | Dividend | | | Sold (part) | 10/12/18 | K | B | |
| 234. | | | | | Sold | 10/30/18 | K | A | |
| 235. Rydex Electronics (IRA-5055) | | None | | | Sold | 02/06/18 | K | | |
| 236. Rydex Transportation (IRA-5055) | | None | | | Sold (part) | 01/26/18 | K | B | |
| 237. | | | | | Sold | 02/05/18 | K | | |
| 238. First Trust DJ Internet Index Fund (IRA-5055) | | None | | | Buy (add'l) | 02/14/18 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BERNSTEIN, STUART M. | 05/07/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 239. | | | | | Buy<br>(add'l) | 06/04/18 | J | | |
| 240. | | | | | Sold<br>(part) | 04/02/18 | K | B | |
| 241. | | | | | Sold<br>(part) | 07/31/18 | K | B | |
| 242. | | | | | Sold | 10/08/18 | K | | |
| 243. SPDR Sector-Financial (IRA-5055) | A | Dividend | | | Buy<br>(add'l) | 03/09/18 | K | | |
| 244. | | | | | Sold<br>(part) | 01/09/18 | K | A | |
| 245. | | | | | Sold<br>(part) | 04/03/18 | K | | |
| 246. | | | | | Sold | 05/03/18 | K | | |
| 247. Jensen Quality Growth (IRA-5055) | A | Dividend | K | T | Buy | 01/29/18 | K | | |
| 248. | | | | | Buy<br>(add'l) | 04/17/18 | K | | |
| 249. Rydex Inverse S&P 500 Strategy Fund<br>(IRA-5055) | | None | K | T | Buy | 12/18/18 | K | | |
| 250. Schwab Value Advantage (IRA-5055) | A | Dividend | M | T | Buy | 07/20/18 | K | | |
| 251. | | | | | Buy<br>(add'l) | 11/01/18 | L | | |
| 252. | | | | | Buy<br>(add'l) | 11/26/18 | L | | |
| 253. | | | | | Sold<br>(part) | 09/13/18 | K | | |
| 254. | | | | | Sold<br>(part) | 09/24/18 | K | | |
| 255. SPDR Gold Shares (IRA-5055) | | None | K | T | Buy | 12/13/18 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| BERNSTEIN, STUART M. | 05/07/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256.  Money Market Sweep (IRA-5055) | A | Int./Div. | L | T | | | | | |
| 257.  Schwab Government Money (IRA-5055) | A | Dividend | | | Sold | 08/08/18 | J | | |
| 258.  Rydex Inverse NASDAQ-100 Strategy (IRA-5055) | | None | | | Buy | 10/11/18 | K | | |
| 259. | | | | | Buy (add'l) | 10/26/18 | K | | |
| 260. | | | | | Sold (part) | 11/28/18 | K | | |
| 261. | | | | | Sold | 12/03/18 | K | | |
| 262.  iShares S&P 100 (IRA-5055) | | None | | | Buy | 10/09/18 | K | | |
| 263. | | | | | Sold | 10/25/18 | K | | |
| 264.  Rydex Nova (IRA-5055) | | None | | | Buy | 12/03/18 | K | | |
| 265. | | | | | Sold | 12/06/18 | K | | |
| 266.  Rydex Telecommunications (IRA-5055) | | None | | | Buy | 09/13/18 | K | | |
| 267. | | | | | Sold | 10/11/18 | K | | |
| 268.  Rydex Health Care (IRA-5055) | | None | | | Buy | 06/20/18 | K | | |
| 269. | | | | | Buy (add'l) | 07/13/18 | K | | |
| 270. | | | | | Sold (part) | 12/14/18 | K | | |
| 271. | | | | | Sold | 12/17/18 | K | | |
| 272.  Harbor Capital Appreciation Fund (IRA-5055) | | None | | | Buy | 06/11/18 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **BERNSTEIN, STUART M.** | 05/07/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 273. | | | | | Sold | 10/18/18 | K | | |
| 274.  iShares Russell 2000 (IRA-5055) | A | Dividend | | | Buy | 04/11/18 | K | | |
| 275. | | | | | Buy<br>(add'l) | 04/16/18 | K | | |
| 276. | | | | | Buy<br>(add'l) | 05/11/18 | K | | |
| 277. | | | | | Sold<br>(part) | 08/03/18 | K | B | |
| 278. | | | | | Sold<br>(part) | 09/11/18 | K | B | |
| 279. | | | | | Sold | 10/03/18 | K | A | |
| 280.  Credit Suisse Commodity Strategy<br>(IRA-5055) | A | Dividend | | | Buy | 03/23/18 | K | | |
| 281. | | | | | Buy<br>(add'l) | 04/20/18 | K | | |
| 282. | | | | | Sold<br>(part) | 06/19/18 | K | | |
| 283. | | | | | Sold | 07/13/18 | K | | |
| 284.  John Hancock Funds International Growth<br>(IRA-5055) | A | Dividend | | | Sold<br>(part) | 02/05/18 | K | C | |
| 285. | | | | | Sold<br>(part) | 06/21/18 | K | C | |
| 286. | | | | | Sold | 06/28/18 | K | B | |
| 287.  Vanguard FTSE Emerging Markets<br>(IRA-5055) | A | Dividend | | | Buy | 01/26/18 | K | | |
| 288. | | | | | Sold | 05/17/18 | K | | |
| 289.  Trust # 1 | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| BERNSTEIN, STUART M. | 05/07/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290.  - JP MorganChase Bank Account | A | Interest | J | T | | | | | |
| 291.  -John Hancock Life Insurance Policy | D | Interest | M | U | | | | | |
| 292. | | | | | | | | | |
| 293. | | | | | | | | | |
| 294. | | | | | | | | | |
| 295. | | | | | | | | | |
| 296. | | | | | | | | | |
| 297. | | | | | | | | | |
| 298. | | | | | | | | | |
| 299. | | | | | | | | | |
| 300. | | | | | | | | | |
| 301. | | | | | | | | | |
| 302. | | | | | | | | | |
| 303. | | | | | | | | | |
| 304. | | | | | | | | | |
| 305. | | | | | | | | | |
| 306. | | | | | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| BERNSTEIN, STUART M. | 05/07/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. | | | | | | | | | |
| 308. | | | | | | | | | |
| 309. | | | | | | | | | |
| 310. | | | | | | | | | |
| 311. | | | | | | | | | |
| 312. | | | | | | | | | |
| 313. | | | | | | | | | |
| 314. | | | | | | | | | |
| 315. | | | | | | | | | |
| 316. | | | | | | | | | |
| 317. | | | | | | | | | |
| 318. | | | | | | | | | |
| 319. | | | | | | | | | |
| 320. | | | | | | | | | |
| 321. | | | | | | | | | |
| 322. | | | | | | | | | |
| 323. | | | | | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| BERNSTEIN, STUART M. | 05/07/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 324. | | | | | | | | | |
| 325. | | | | | | | | | |
| 326. | | | | | | | | | |
| 327. | | | | | | | | | |
| 328. | | | | | | | | | |
| 329. | | | | | | | | | |
| 330. | | | | | | | | | |
| 331. | | | | | | | | | |
| 332. | | | | | | | | | |
| 333. | | | | | | | | | |
| 334. | | | | | | | | | |
| 335. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

All information and explanations relate to Part VII:

Lines 8:   As a retiree, my spouse receives monthly distributions from the Keogh (Target) Plan.  The aggregate amount of the monthly distributions in 2018 is listed in column "D(3)" as having been made on December 31, 2018.

Line 10: No contributions were made to the Capital "A" account in 2018.

lines 11-288: I maintain two IRA brokerage accounts and my spouse and I maintain two brokerage accounts held as tenants in common with Charles Schwab. The report identifies the security that is the subject of the reported transaction with a parenthetical reference that identifies the last four digits of the account number and whether the account is an IRA account.  Where multiple purchases or sales were made during the year, the aggregate amount of the income, if any, and the value of the asset (if held at the end of the reporting period) are reported on the first line on which the asset is listed.

line 291:   The John Hancock Life Insurance Policy is a Flexible Premium Survivorship Universal Life ("Second to Die") policy that my spouse and I maintain for the benefit of our son.  I am not aware of any investment options and have never directed any investments.  In addition, the value listed in column c(2) is the gross value and does not reflect the substantial "surrender charge" in the event that the policy is cancelled.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ STUART M. BERNSTEIN

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544